Rick Morin (SBN 285275)
Law Office of Rick Morin
331 J Street Suite 200
Sacramento, CA 95814
Telephone: (916) 258-5435
Email: rick@rickmorin.net

Attorney for Defendants,
Rodney Bingaman, Deborah Bingaman,
Sacramento Battery Co., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>RODNEY E. BINGAMAN, et al.,<br><br>           Defendants. | Case No. 2:13-CV-01779-MCE-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Phyl Grace, counsel for plaintiff, and Rick Morin, counsel for defendants RODNEY E. BINGAMAN, DEBORAH R. BINGAMAN, AND SACRAMENTO BATTERY CO., INC., ("Defendants") that Defendants shall have to and including October 15, 2013 to file their responsive pleading to Plaintiff's Complaint in the above-captioned matter.

     Dated: September 23, 2013

//

//

//

|  |  |
|---|---|
| /s/ Rick Morin | /s/ Phyl Grace |
| Rick Morin | Phyl Grace |
| Law Office of Rick Morin | Center for Disability Access |
| 331 J Street #200 | PO Box 262490 |
| Sacramento, CA 95814 | San Diego, CA 92196 |
| | |
| Attorney for Defendants Rodney E. Bingaman, Deborah R. Bingaman, Sacramento Battery Co., Inc. | Attorney for Plaintiff Scott Johnson |

## **ORDER**

Based on the parties' stipulation above, Defendants shall file their responsive pleading to Plaintiff's Complaint in the above-captioned matter by October 15, 2013.

**IT IS SO ORDERED**

**Dated: October 2, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT