# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RODNEY E BINGAMAN; DEBORAH R BINGAMAN; SACRAMENTO BATTERY CO., INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:13-cv-01779-MCE-DAD<br><br>**ORDER** |

In accordance with Plaintiff's Notice of Settlement (ECF No. 24), the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: November 9, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order re: Notice of Settlement      -1-      2:13-CV-01779-MCE-DAD