UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RODNEY E BINGAMAN; DEBORAH R BINGAMAN; SACRAMENTO BATTERY CO., INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-cv-01779-MCE-DAD<br><br>**ORDER OF DISMISSAL** |

　　　In accordance with the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

　　　IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT